# THE SAMUEL LAW FIRM

Attorneys At Law

1441 Broadway, Suite 6085, New York, NY 10018
Phone: (212) 563-9884 | Fax: (212) 563-9870 | www.thesamuellawfirm.com

---

**MICHAEL SAMUEL**
Michael@thesamuellawfirm.com

September 5, 2025

ADMITTED IN NY

> **APPLICATION GRANTED:** The Inquest Hearing scheduled for September 8, 2025 at 10:00 in Courtroom 17D, U.S. Courthouse 500 Pearl St., New York, NY is hereby rescheduled to **Monday, September 22, 2025 at 2:00 p.m.**
>
> **APPLICATION GRANTED**
>
> *[signature]* Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 09/05/2025

*Via ECF*
The Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Gonzalez v. Rana Poultry Corp. et al.*
Case No.: 1:24-cv-09592-JLR-KHP

Dear Judge Parker:

We represent the plaintiff, Angela Gonzalez ("Plaintiff") in the above-referenced action (the "Action") and write pursuant to Rule 1.C. of Your Honor's Individual Practices in Civil Cases to respectfully request a two-week adjournment of the inquest hearing currently scheduled for Monday September 8, 2025, relating to Plaintiff's pending motion for default judgment (ECF 23).

This is the first such request for extension and the present request is necessitated by Plaintiff's need for some additional time to file proposed findings of facts and conclusions of law as ordered, as well as by some scheduling conflicts in our office.

We thank the Court for its attention to this matter and are available at the Court's convenience should the Court have any questions regarding the contents of this letter.

Respectfully submitted,

*/s/ Michael Samuel*
   Michael Samuel

*Attorneys for Plaintiff*