**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANGELA GONZALEZ,

                      Plaintiff,                       24 **CIVIL** 9592 (JLR)

        -against-                               **JUDGMENT**

RANA POULTRY CORP., et al.,

                     Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 27, 2026, the Report and Recommendation is ADOPTED in its entirety. The Court has GRANTED the motion for default and the plaintiff is awarded $122,812.90 in damages; pre-judgment interest at a rate of $13.91 per diem, running from November 16, 2022, to the January 27, 2026, which totals to $16,245.06; post-judgment interest at a rate set forth in 28 U.S.C. § 1961; and attorneys' fees of $2,190.00 and $482.70 in costs; accordingly, the case is closed.

**Dated:** New York, New York
        January 29, 2026

                                    **TAMMI M. HELLWIG**

                                _____
                                     **Clerk of Court**

**BY:**          K. Mango

                                  _____
                                     **Deputy Clerk**